JUDGE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 05-337 JCC |
| Plaintiff, | ORDER GRANTING STIPULATION TO EXTEND DUE DATE FOR PRETRIAL MOTIONS |
| vs. | |
| JAKE HUMPHREY, and PAUL McCLUSKEY, | |
| Defendants. | |

The Court, having considered the stipulation of the parties, the records and files herein, and the motion for continuance of the pretrial motions due date, the Court hereby makes the following findings:

1. The Court finds that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(8)(B)(ii). In particular, the Court notes that the continuance is necessary so that Defendants' counsel may obtain discovery of the forensic analysis of the alleged drugs.

2. The Court further finds that the ends of justice will be served by ordering a

ORDER GRANTING STIPULATION
TO EXTEND PTM's DUE DATE
(*Paul McCluskey;* #05-337JCC)     1

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington  98101**
**(206) 553-1100**

1  continuance in this case and that the continuance is necessary at this time to insure effective trial

2  preparation and that these factors outweigh the best interests of the public in a more speedy trial,

3  within the meaning of 18 U.S.C. § 3161(h)(8)(A).

4      IT IS THEREFORE ORDERED that the time within which pretrial motions must be filed

5  in this case is extended from November 10, 2005, to November 17, 2005.

6

7      DONE this 15th day of November, 2005.

8

9

10  _____
    UNITED STATES DISTRICT JUDGE

11  Presented by:

12  s/  Jennifer E. Wellman
    WSBA #  29193
13  Attorney for Paul McCluskey
    Federal Public Defender's Office
14  1601 Fifth Avenue, Suite 700
    Seattle, WA   98101
15  Phone:   (206) 553-1100
    Fax:       (206) 553-0120
16  jennifer_wellman@fd.org

17  s/  John Henry Browne
    Attorney for Jake Humphrey
18  *Telephonic Approval*

19  s/  Ronald Friedman
    Assistant United States Attorney
20  *Telephonic Approval*

21  s/  Susan Roe
    Assistant United States Attorney
22  *Telephonic Approval*

23

24

25

26

ORDER GRANTING STIPULATION
TO  EXTEND PTM's DUE DATE
(*Paul McCluskey;*  #05-337JCC)

2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100